**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**AVERY SOUFFRANT,**

    **Plaintiff,**

**vs.**                                                    **Case No. 4:10cv448-RH/WCS**

**CORRECTIONAL OFFICER
D. POPE, and CORRECTIONAL
OFFICER J. BRADFORD,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, has filed an amended civil rights complaint under 42 U.S.C. § 1983, doc . 8, and he simultaneously submitted two service copies. Plaintiff's amended complaint has been reviewed pursuant to 28 U.S.C. § 1915A. The amended complaint is deemed sufficient to state a claim against the two correctional officers named as Defendants, both of whom were employed at Hamilton Correctional Institution in Jasper, Florida, at the time of the events at issue. Doc. 8. Plaintiff is currently housed in Everglades Correctional Institution. *Id.* Erroneously, it was previously believed that venue existed here, *see*

doc. 6, but Hamilton Correctional Institution is in the Middle District of Florida. Therefore, this case must be transferred to the Jacksonville Division of the Middle District for further proceedings.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, doc. 8, be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for further proceedings pursuant to 28 U.S.C. § 1406.

**IN CHAMBERS** at Tallahassee, Florida, on December 16, 2010.

 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**